## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**I & I HAIR CORPORATION,**

    Plaintiff,

    **v.**

                               **Civ. No. 3:18-cv-3254-M**

**BEAUTY PLUS TRADING CO., INC. DBA
JANET COLLECTION,**

    Defendant.

## APPENDIX IN SUPPORT OF MOTION TO HOLD DEFENDANT AND RELATED ENTITY HAIR PLUS TRADING CO., INC. DBA FEMI COLLECTION IN CONTEMPT FOR VIOLATION OF AMENDED CONSENT JUDGMENT AND PERMANENT INJUNCTION

Date: March 3, 2020

Respectfully submitted,

I & I HAIR CORPORATION

*/s/ Papool S. Chaudhari*_____
SUL LEE
State Bar No.24078844
PAPOOL CHAUDHARI
State Bar No. 24076978
SUL LEE LAW FIRM PLLC
3030 LBJ Fwy, Suite 1130
Dallas, Texas 75234
sul@sulleelaw.com
pchaudhari@sulleelaw.com
Tel. (214) 206-4064
Fax. (214) 206-4068

**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

I certify that all counsel of record was served with this document on March 3, 2020 through the CM/ECF system.

/s/ Papool S. Chaudhari
*Papool S. Chaudhari*

# Exhibit A

## AFFIDAVIT OF NAHK WON JOO

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §

Before me, the undersigned notary, on this day personally appeared Nahk Won Joo, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:
"

1.    "My name is NAHK WON JOO aka Eden Joo. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.    I am the President of I & I Hair Corporation ("I&I").

3.    It is my understanding that the Court issued an Amended Consent Judgment Order concerning Beauty Plus' infringement of our EZBRAID trademark on September 13, 2019.

4.    Since that time, I&I has come to learn that Beauty Plus has still been using the EZBRAID trademark. As described below, I&I employees have taken a number of photographs depicting the wrongful sales of products using the EZBRAID trademark by Beauty Plus and related entity Femi.

5.    Attached as **Exhibit B** is a true and correct copy of a photograph taken by I&I sales manager Soo Jung Han on September 14, 2019 in Memphis, TN. It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Beauty Plus bearing the "EZBRAID" trademark.

6.    Attached as **Exhibit C** is a true and correct copy of a photograph taken by I&I administrative manager Chie Ha on September 19, 2019 in Mansfield, TX. It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows boxes from Beauty Plus bearing the "EZBRAID" trademark.

7.    Attached as **Exhibit D** is a true and correct copy of a photograph taken by I&I sales manager Min Su Won on September 19, 2019 in Oklahoma City, OK. It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows boxes from Beauty Plus bearing the "EZBRAID" trademark.

8.    Attached as **Exhibit E** is a true and correct copy of a photograph taken by by I&I sales manager Soo Jung Han on September 20, 2019 in Memphis, TN. It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record

that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Beauty Plus bearing the "EZBRAID" trademark.

9.    Attached as **Exhibit F** is a true and correct copy of a photograph taken by by I&I sales manager Soo Jung Han on September 23, 2019 in Jackson, TN.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Beauty Plus bearing the "EZBRAID" trademark.

10.    Attached as **Exhibit G** is a true and correct copy of a photograph taken by by I&I sales manager Soo Jung Han on September 23, 2019 in Jackson, TN.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Beauty Plus bearing the "EZBRAID" trademark.

11.    Attached as **Exhibit H** is a true and correct copy of a photograph taken by I&I sales manager Min Su Won on September 23, 2019 in Kansas City, MO.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows boxes from Beauty Plus bearing the "EZBRAID" trademark.

12.    Attached as **Exhibit I** is a true and correct copy of a photograph taken by I&I sales manager Soo Jung Han on September 24, 2019 in Clarksville, TN.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Beauty Plus bearing the "EZBRAID" trademark.

13.    Attached as **Exhibit J** is a true and correct copy of a photograph taken by I&I sales manager Soo Jung Han on September 24, 2019 in Clarksville, TN.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Femi bearing the "EZBRAID" trademark.

14.    Attached as **Exhibit K** is a true and correct copy of a photograph taken by I&I sales manager Soo Jung Han on September 24, 2019 in Gallatin, TN.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Femi bearing the "EZBRAID" trademark.

15.   Attached as **Exhibit L** is a true and correct copy of a photograph taken by I&I sales manager Soo Jung Han on September 25, 2019 in Nashville, TN.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Femi bearing the "EZBRAID" trademark.

16.   Attached as **Exhibit M** is a true and correct copy of a photograph taken by I&I sales manager Soo Jung Han on September 25, 2019 in Nashville, TN.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Beauty Plus bearing the "EZBRAID" trademark.

17.   Attached as **Exhibit N** is a true and correct copy of a photograph taken by I&I sales manager Min Su Won on October 10, 2019 in Milwaukee, WI.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Beauty Plus bearing the "EZBRAID" trademark.

18.   Attached as **Exhibit O** is a true and correct copy of a photograph taken by I&I administrative manager Chie Ha on September 23, 2019 in Mansfield, TX.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows boxes from Beauty Plus bearing the "EZBRAID" trademark that contain infringing EZBRAID products. I understand Beauty Plus is arguing that boxes that were found in Mansfield did not contain EZBRAID products, but this picture shows that they did.  Even if there were boxes that contained products that did not use the EZBRAID mark, the boxes never the less improperly use the EZBRAID mark on the box itself.

19.   Attached as **Exhibit P** is a true and correct copy of a photograph taken by I&I administrative manager Chie Ha on January 21, 2020 in Dallas, TX.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Femi bearing the "EZBRAID" trademark.

20.   Attached as **Exhibit Q** is a true and correct copy of a photograph taken by I&I sales manager Soo Jung Han on February 12, 2020 in Jackson, MS.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Femi bearing the "EZBRAID" trademark.

21.   Attached as **Exhibit R** is a true and correct copy of a photograph taken by I&I sales

manager Chie Ha on February 12, 2020 in Mansfield, TX.  It is a record that was made at or near the time by—or from information transmitted by—someone with knowledge. It is a record that is kept in the course of regularly conducted activity of I&I. Making this record was a regular practice of this activity. The photograph clear shows products from Femi bearing the "EZBRAID" trademark.

22.    Attached as **Exhibit S** are true and correct copies of screenshots I took from the website http://janetcollection.com, on October 31, 2019.  These screenshots from the website that is run by Beauty Plus show that they were using the EZBRAID trademark on their site well after September 13, 2019.

23.    I swear under penalty of perjury that the foregoing is true and correct.
    "

_____

NAHK WON JOO

Sworn to and subscribed before me by NAHK WON JOO on _February 28th_, 2020.

_____

Notary Public in and for
the State of Texas

NGAN TRAN
Notary ID #132134153
My Commission Expires
August 19, 2023

# Exhibit B



# Exhibit C



# Exhibit D



# Exhibit E



# Exhibit F



# Exhibit G



# Exhibit H

**3X** *Pre-Stretched* **EZ BRAID** *48* **INCH**

*Extremely Light Weight*

**EEP DRY USE NO HOOK**



**3X** *Pre-Stretched* **EZ BRAID** *48* **INCH**

*Extremely Light Weight*

**KEEP DRY USE NO HOOK**



VALUE PACK

ATLANTA GA
C/T NO:
MADE IN CHINA



**3X** *Pre-Stretched* **EZ BRAID** *48* **INCH**

*Extremely Light Weight*

**KEEP DRY USE NO HOOK**



VALUE PACK

ATLANTA GA
C/T NO:
MADE IN CHINA



**3X** *Pre-Stretched* **EZ BRAID** *48* **INCH**

*Extremely Light Weight*

**KEEP DRY USE NO HOOK**



VALUE PACK

# Exhibit I



# Exhibit J



# Exhibit K



# Exhibit L



# Exhibit M



# Exhibit N



# Exhibit O



# Exhibit P

# Exhibit Q



# Exhibit R



# Exhibit S



# EZ TEX PRE-STRETCHED 44"

## PREMIUM SYNTHETIC HAIR

COLORS

1, 1B, 2, 4, 27, 30, 33, BURG, 99J, 613, OET1B/99J, OET1B/27, OET1B/30, OET1B/BURG, OET1B/BLUE, OET1B/613

Category: EZ TEX



# EZ TEX PRE-STRETCHED 44"

**PREMIUM SYNTHETIC HAIR**

COLORS

1, 1B, 2, 4, 27, 30, 33, BURG, 99J, 613, OET1B/99J, OET1B/27, OET1B/30, OET1B/BURG, OET1B/BLUE, OET1B/613

Category: EZ TEX



EZ TEX PRE-STRETCHED 54"

PREMIUM SYNTHETIC HAIR

COLORS
1, 1B, 2, 4, 27, 30, 33, BURG, 99J, 613, OET1B/99J, OET1B/27, OET1B/30, OET1B/BURG, OET1B/BLUE, OET1B/613

Category: EZ TEX

RELATED PRODUCTS



## TRIPLE EZ TEX PRE-STRETCHED 56"
### 3PCS

**PREMIUM SYNTHETIC HAIR**

COLORS
1, 1B, 2, 4, 27, 30, 33, BURG, 99J, 613, OET1B/27, OET1B/30,
OET1B/BURG

Category EZ TEX

RELATED PRODUCTS

# Exhibit T

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 3 03:47:23 EST 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | EZBRAID |
|---|---|
| Goods and Services | IC 026. US 037 039 040 042 050. G & S: Braids; Hair extensions; Synthetic braiding hair; Wigs; Wigs, hairpieces, and add-in and add-on hair accessories constructed primarily of synthetic and/or human hair. FIRST USE: 20160620. FIRST USE IN COMMERCE: 20161025 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | **88305635** |
| Filing Date | February 18, 2019 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) I&I Hair Corp CORPORATION TEXAS 2205 Royal Lane Dallas TEXAS 75229 |
| Attorney of Record | Sul Lee |
| Prior Registrations | 5307824 |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of "EZBRAID" in double striped font. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit U



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 3 03:47:23 EST 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# EZ TRESS

| | |
|---|---|
| **Word Mark** | EZ TRESS |
| **Goods and Services** | IC 026. US 037 039 040 042 050. G & S: Hair extensions; Hair pieces; Wigs |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88247544 |
| **Filing Date** | January 2, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 28, 2019 |
| **Owner** | (APPLICANT) Beauty Plus Trading Co., Inc. CORPORATION NEW JERSEY 210 West Commercial Avenue Moonachie NEW JERSEY 07074 |
| **Attorney of Record** | Richard M. Goldberg |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRESS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**APPENDIX PAGE 0049**

# Exhibit V

AFFIDAVIT OF PAPOOL CHAUDHARI

STATE OF TEXAS        §
                      §
COUNTY OF DALLAS      §

Before me, the undersigned notary, on this day personally appeared Papool Chaudhari, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:
"

1.    "My name is Papool Chaudhari. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.    I am an attorney at the Sul Lee Law Firm, PLLC and am counsel for Plaintiff I&I Hair Corporation ("I&I") in this action. I submit this affidavit in support of I&I's Motion to Hold Defendant and Related Entity Hair Plus Trading Co., Inc. dba Femi Collection in Contempt for Violation of Amended Consent Judgment and Permanent Injunction.

3.    "Tress" is commonly understood to be a "braid" of hair. Attached as **Exhibit W** is a true and correct copy of the dictionary.com entry for "Tress" as of March 3, 2020 and a true and correct copy of the thesaurus.com entry for "Tress" as of March 3, 2020. Both show that tress is a synonym for braid.

4.    Attached as **Exhibit X** is a true and correct copy of the letter sent from our office on November 11, 2019 on behalf of I&I to Mr. Goldberg.

5.    I swear under penalty of perjury that the foregoing is true and correct.
"

PAPOOL CHAUDHARI

Sworn to and subscribed before me by PAPOOL CHAUDHARI on _March 03rd_,
2020.

NGAN TRAN
Notary ID #132134153
My Commission Expires
August 19, 2023

Notary Public in and for
the State of Texas

# Exhibit W

Case 3:18-cv-03254-M   Document 31   Filed 03/03/20   Page 56 of 77   PageID 328

Dictionary.com                                         Thesaurus.com

☰

DEFINITIONS ⌄        tress                                            🔍

TOP DEFINITIONS      QUIZZES        RELATED CONTENT       EXAMPLES       EXPLORE DICTIONARY

BRITISH

# tress   [ tres ]  SHOW IPA 🔊

SEE SYNONYMS FOR *tress* ON THESAURUS.COM

*noun*

1   Usually **tresses.** long locks or curls of hair.

2   a plait or braid of hair.

## QUIZZES

## THIS INTERCALARY WORD OF THE DAY QUIZ WILL MAKE YOU LEAP FOR JOY

Are you a habitué of the weekly Word of the Day quiz? Play on!

**QUESTION 1 OF 7**

realpolitik

political realism or practical politics, policy based on power rather than on ideals.

sudden & decisive political action, sometimes resulting in a change of government.

✕

Pick The
**Word Of
The Day**
*And Win!*

**APPENDIX PAGE 0054**


Dictionary.com                       Thesaurus.com

**SYNONYMS** ∨     |    tress

# tress   [ tres ] 🔊

<span style="float:right">SEE DEFINITION OF *tress*</span>

*noun* **hair**

Synonyms for *tress*

| | | |
|---|---|---|
| braid | lock | ringlet |
| curl | plait | |

<span style="float:right">MOST RELEVANT</span>

Roget's 21st Century Thesaurus, Third Edition Copyright © 2013 by the Philip Lief Group.

EXAMPLES FROM THE WEB FOR TRESS

She lifted a tress on her forefinger and smoothed it against the sunlight.

The glory of the pipe, as Tress had suggested, lay in its carving.

The more I examined the pipe the more amazed I was at Tress's generosity.

I propose that we act on Tress's suggestion, and go and make inquiries of him.

Tress had filled the pipe, and handed it, with a lighted match, to Bob.

I could see that Brasher did not altogether like the tone in which Tress repeated his words.

SEE MORE EXAMPLES
∨


Pick The
**Word Of
The Day**
*And Win!*

**APPENDIX PAGE 0055**

# Exhibit X



SUL LEE
SUL LEE LAW FIRM, PLLC

3030 Lyndon B Johnson Fwy
Suite 1130, Dallas, TX 75234 USA
Tel 214-206-4064 / 972-241-9200
Fax 214-206-4068
Web www.SulLeeLaw.com

November 19, 2019

*Via email:  goldbergpat@earthlink.net*
*Via Certified Mail No. 7017 0660 0000 3878 0559,*
*Return Receipt Requested*
*Via Priority Mail No. 9410 8036 9930 0115 5110 73*

Richard M. Goldberg, Attorney at Law
25 East Salem Street – Suite 419
Hackensack, New Jersey 07601

Dear Mr. Goldberg,

This office represents I&I Hair Corporation ("I&I") in connection with the enforcement of its intellectual property, including, without limitation, registered trademarks such as EZ BRAID.

As you may be aware, I&I and your client, Beauty Plus Trading Co, Inc., were in a litigation over a trademark dispute, Case No 3:18-cv-3254-M, now a closed case in the Northern District of Texas.  In this case, the parties entered into an Agreed Consent Judgment and Permanent Injunction, issued by the Court on June 20, 2019. The Court recently amended the Judgment to fix a typographical error and reissued it on September 13, 2019.  Please find attached as Exhibit A the current Amended Consent Judgment and Permanent Injunction.  Paragraph 10(g) of the Amended Consent Judgment and Permanent Injunction reads:

> 10.    Defendant, together with all of Defendant's officers, agents, servants, employees, representatives, and assigns, and all other persons, firms or companies in active concert or participation with Defendant and any company directly or indirectly related to Defendant or directly or indirectly related to Defendant's owner Chang Moo Lee are permanently enjoined and restrained from directly and indirectly:
> …
> (g)    registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating the mark EZBRAID or any other mark that infringes or is likely to be confused with Plaintiff's EZBRAID®, or any goods or services of Plaintiff, or Plaintiff as their source….

Richard M. Goldberg, Attorney at Law
November 19, 2019
Page 2

It has come to our attention that you are prosecuting a trademark application on behalf of Beauty Plus Trading Co. for the alleged word mark, "EZ TRESS," Serial Number 88247544. As you may know, "Tress" is a synonym for "braid." See the attached definition and thesaurus entries as Exhibit B.

"EZ TRESS" is a mark that infringes or is likely to be confused with EZBRAID. As such, your prosecution of this mark and any and all related marks on behalf of Beauty Plus Trading Co. is in violation of the Court's Consent Judgment and Permanent Injunction.

Accordingly, we demand you take the following actions **immediately**:

(1)     File the necessary paperwork to abandon the EZ TRESS trademark application (Serial Number 88247544) and any and all related mark applications;

(2)     Following completion of Action #1, cease and desist from any further prosecution U.S. Trademark Serial Number 88247544 and any and all other related mark applications, including the prosecution of any mark using the "TRESS" or "EZ TRESS";

(3)     Confirm that Action #1 and Action #2 have been completed and provide documentation sufficient to show completion of these actions; and

(4)     Confirm that you will comply with the Consent Judgment and Permanent Injunction concerning any other trademark applications on behalf of Beauty Plus Trading Co., Inc.

Please confirm in writing no later than **November 27, 2019** that you will comply with Actions #1-4 on or before December 2, 2019. If you fail to confirm compliance and/or comply with Actions #1-4, I&I intends to bring a motion for contempt in the Northern District of Texas and will seek all available remedies to it for violation of the Court's Order.

We look forward to your prompt response.

Sincerely,

*/s/ Papool Chaudhari*
Papool Chaudhari

# EXHIBIT A

APPENDIX PAGE 0059

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |
|---|---|
| **I & I HAIR CORPORATION,** | |
| Plaintiff, | |
| **v.** | Civ. No. 3:18-cv-3254-M |
| **BEAUTY PLUS TRADING CO., INC. DBA JANET COLLECTION,** | |
| Defendant. | |

### *AMENDED* CONSENT JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, this action was commenced on December 11, 2018 by the filing of the Summons and Complaint;

WHEREAS, in the Complaint, Plaintiff I & I Hair Corporation ("**Plaintiff**") seeks injunctive relief and monetary damages against defendant Beauty Plus Trading Co., Inc. DBA Janet Collection ("**Defendant**") for infringement of Plaintiff's federally-registered trademark EZBRAID® under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), for unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and for substantial and related claims of trademark infringement and unfair competition under the statutory and common laws of the State of Texas.

WHEREAS, Defendant now stipulates and consents to this Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every provision, order, and decree herein.

NOW THEREFORE, upon consent of the parties hereto, it is

**HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This Court has jurisdiction over the subject matter of this case and jurisdiction over Defendant.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

3. Plaintiff is the owner of valid and subsisting United States Trademark Registration No. 5,307,824 on the Principal Register in the United States Patent and Trademark Office for the trademark EZBRAID® (hereinafter EZBRAID® Mark").

4. Plaintiff has used the EZBRAID® Mark in commerce continuously since May 25, 2016 to identify its products and services.

5. As a result of its widespread, continuous, and exclusive use of the EZBRAID® Mark to identify its goods and Plaintiff as their source, Plaintiff owns valid and subsisting federal statutory and common law rights to the EZBRAID® Mark.

6. Plaintiff's EZBRAID® Mark is distinctive to both the consuming public and Plaintiff's trade.

2

7.      As a result of Plaintiff's expenditures and efforts, the EZBRAID® Mark has come to signify the high quality of the goods designated by the EZBRAID® Mark, and acquired incalculable distinction, reputation, and goodwill belonging exclusively to Plaintiff.

8.      Without Plaintiff's authorization, and upon information and belief, beginning after Plaintiff acquired protectable exclusive rights in its EZBRAID® Mark, Defendant adopted and began using the EZBRAID® mark and similarly confusing marks in US commerce.

9.      Defendant's acts have caused and are likely to cause confusion, mistake, and deception among the relevant consuming public as to the source or origin of Defendant's goods and have deceived and are likely to deceive the relevant consuming public into believing, mistakenly, that Defendant's goods originate from, are associated or affiliated with, or are otherwise authorized by Plaintiff and are likely to dilute the distinctive quality of Plaintiff's EZBRAID® Mark.

10.     Defendant, together with all of Defendant's officers, agents, servants, employees, representatives, and assigns, and all other persons, firms, or companies in active concert or participation with Defendant and any company directly or indirectly related to Defendant or directly or indirectly related to Defendant's owner Chang Moo Lee are permanently enjoined and restrained from directly or indirectly:

> (a)     manufacturing, distributing/providing, selling, marketing, advertising, promoting, or authorizing any third party to manufacture, distribute/provide, sell, market, advertise, or promote any goods or services bearing the mark EZBRAID or any other

3

mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's EZBRAID® mark;

(b) engaging in any activity that infringes Plaintiff's rights in its EZBRAID® mark;

(c) engaging in any activity constituting unfair competition with Plaintiff;

(d) engaging in any activity that is likely to dilute the distinctiveness of Plaintiff's EZBRAID® mark;

(e) making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that (i) Defendant's goods are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or (ii) Plaintiff's goods are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Defendant;

(f) using or authorizing any third party to use in connection with any business, goods, or services any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices, or trade dress that falsely associate such business, goods, and/or services with Plaintiff or tend to do so;

(g) registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating the mark EZBRAID or any other mark that infringes or is likely to be

4

confused with Plaintiff's EZBRAID® mark, or any goods or services of Plaintiff, or Plaintiff as their source; and

     (h)    aiding, assisting, or abetting any other individual or entity in doing any act prohibited by paragraph ~~11(a) through paragraph 11(g)~~ *10(a) through paragraph 10(g)*.

11.    Defendant shall file with the court and serve upon Plaintiff's counsel within thirty (30) days after entry of this Consent Judgment and Permanent Injunction a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied therewith.

12.    This Consent Judgment and Permanent Injunction shall be binding upon and shall inure to the benefit of the parties and their respective heirs, successors, assigns, and acquiring companies.

13.    If Defendant or any company directly or indirectly related to Chang Moo Lee is found by the Court to be in contempt of, or otherwise to have violated this Consent Judgment and Permanent Injunction, the parties agree that Plaintiff shall be entitled to all available relief which it may otherwise request from the Court, including sanctions for contempt, damages, injunctive relief, attorneys' fees, costs, and any other relief deemed proper in the event of such violation.

14.    The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment and Permanent Injunction.

15.    The permanent injunction shall remain in full force and effect unless and until modified by order of this court.

16.      *TEXT ITALICIZED AND BOLDED INDICATES MODIFICATIONS MADE BY THE COURT AFTER THE CONSENT JUDGMENT WAS SIGNED BY THE PARTIES AND MADE WITH THE AUTHORITY OF COUNSEL FOR BOTH PARTIES, AS STATED ON THE RECORD AT THE HEARING HELD ON SEPTEMBER 9, 2019.*

6

**SO ORDERED.**

Dated: _____9/11/19_____

_____
UNITED STATES DISTRICT JUDGE

**CONSENTED TO:**

Dated: Apr 30, 2019
Location: Dallas, TX

**I&I Hair Corporation**

*Shawn Han*

_____
Printed Name: Hyun Han
Title: CEO

Dated: _____
Location: _____

**Beauty Plus Trading Co., Inc.**

_____
Printed Name: _____
Title: _____

**AGREED AS TO FORM AND CONTENT:**

Dated: 05/07/2019
Location: Dallas, TX

**Sul Lee Law Firm, PLLC**

/s/ Papool S. Chaudhari
_____
Papool Chaudhari
2560 Royal Lane, Suite 202
Dallas, TX 75229
(214) 206-4064
(214) 206-4068 Fax
pchaudhari@sulleepllc.com
Attorneys for Plaintiff

7

**SO ORDERED.**

Dated:_____

_____
UNITED STATES DISTRICT JUDGE

**CONSENTED TO:**

Dated: _____
Location:_____

I&I Hair Corporation

_____
Printed Name:_____
Title:_____

Dated:___Apr. 30  '19_____
Location: Moonachie, NJ

Beauty Plus Trading Co., Inc.

_____
Printed Name: Young Hwang
Title:___Exec. Director

**AGREED AS TO FORM AND CONTENT:**

Dated: _____

Location:_____

Sul Lee Law

_____
Papool Chaudhari
2560 Royal Lane, Suite 202
Dallas, TX 75229
(214) 206-4064
(214) 206-4068 Fax
pchaudhari@sulleepllc.com
Attorneys for Plaintiff

8

# EXHIBIT B

Case 3:18-cv-03254-M    Document 31    Filed 03/03/20    Page 71 of 77    PageID 343

Dictionary.com              **Thesaurus.com**

☰

| SYNONYMS ⌄ | tress | 🔍 |

# tress [ tres ] 🔊

SEE DEFINITION OF *tress*

*noun* **hair**

Synonyms for *tress*



| braid | lock | ringlet |
| curl | plait | |

🟧 MOST RELEVANT

Roget's 21st Century Thesaurus, Third Edition Copyright © 2013 by the Philip Lief Group.

EXAMPLES FROM THE WEB FOR TRESS

She lifted a tress on her forefinger and smoothed it against the sunlight.

The glory of the pipe, as Tress had suggested, lay in its carving.

The more I examined the pipe the more amazed I was at Tress's generosity.

I propose that we act on Tress's suggestion, and go and make inquiries of him.

Tress had filled the pipe, and handed it, with a lighted match, to Bob.

I could see that Brasher did not altogether like the tone in which Tress repeated his words.

If Tress chose to poison the man, it was his affair, not mine.

SEE MORE EXAMPLES

**APPENDIX PAGE 0069**

**Dictionary.com**                                          Thesaurus.com

☰

| DEFINITIONS ⌄ | tress | 🔍 |

TOP DEFINITIONS | RELATED CONTENT | EXAMPLES | EXPLORE DICTIONARY | BRITISH

# tress  [ tres ]  SHOW IPA 🔊

SEE SYNONYMS FOR *tress* ON THESAURUS.COM

*noun*

1  Usually **tresses.** long locks or curls of hair.

2  a plait or braid of hair.

**WORDS RELATED TO TRESS**

braid, lock, curl, plait, ringlet

**WORDS NEARBY TRESS**

treponemicidal, treppe, tres-tine, tresis, trespass, tress, tressed, tressure, tressy, trestle, trestle table

**APPENDIX PAGE 0070**

# Exhibit Y

| To: | I&I Hair Corp (sul@sulleelaw.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 88305635 - EZBRAID - N/A |
| **Sent:** | December 03, 2019 04:11:48 PM |
| **Sent As:** | ecom125@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application
Serial No.**
88305635

**Mark:**
EZBRAID

**Correspondence
Address:**
  Sul Lee

  SUL LEE
LAW FIRM,
PLLC.

  3030 Lyndon
B Johnson Fwy,
Suite 1130

  Dallas, TX, ,
75234

**Applicant:**  I&I
Hair Corp

**Reference/Docket
No.** N/A

**Correspondence
Email Address:**

  sul@sulleelaw.com

# SUSPENSION NOTICE

# No Response Required

**Issue date:  December 03, 2019**

**The application is suspended** for the reason(s) specified below.  *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*

**APPENDIX PAGE 0072**

The pending application(s) below has an earlier filing date or effective filing date than applicant□s application.   If the mark in the application(s) below registers, the USPT□ may refuse registration of applicant□s mark under Section 2(d) because of a likelihood of confusion with the registered mark(s). 15 U.S.C. §1052(d); *see* 37 C.F.R. §2.83; TMEP §§1208.02(c). Action on this application is suspended until the prior-filed application(s) below either registers or abandons. 37 C.F.R. §2.83(c).  Information relevant to the application(s) below was sent previously.

- U.S. Application Serial No(s). 88247544

The undersigned e□amining attorney notes that the previously issued Unnecessary Disclaimer re□uirement outlined in the May 8, 2019 □ffice action has been satisfied applicant in its □ctober 31, 2019 Response to □ffice action.  Additionally, the undersigned e□amining attorney hereby WITHDRAWS the previously issued Section 2(d) refusal outlined in the May 8, 2019 □ffice action, based on applicant□s claim of ownership.

**Suspension process.**  The USPT□ will periodically check this application to determine if it should remain suspended.  *See* TMEP §716.04.  As needed, the trademark e□amining attorney will issue a letter to applicant to in□uire about the status of the reason for the suspension.  TMEP §716.05.

**No response required.**  Applicant may file a response, but is not re□uired to do so.

/Justin Berlin/

Justin Berlin

Trademark E□amining Attorney

Law □ffice 125

(571) 272-5544

□ustin.berlin@uspto.gov

**APPENDIX PAGE 0073**

| | |
|---|---|
| **To:** | I&I Hair Corp (sul@sulleelaw.com) |
| **Subject:** | U.S. Trademark Application Serial No. 88305635 - EZBRAID - N/A |
| **Sent:** | December 03, 2019 04:11:50 PM |
| **Sent As:** | ecom125@uspto.gov |
| **Attachments:** | |

### United States Patent and Trademark Office (USPTO)

### USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued

on **December 03, 2019** for

### U.S. Trademark Application Serial No. 88305635

Your trademark application has been reviewed by a trademark examining attorney.  As part of that review, the assigned attorney has issued an official letter.  Please follow the steps below.

**(1)  Read the official letter.**  No response is necessary.

**(2)  Direct questions** about the contents of the Office action to the assigned attorney below.

/Justin Berlin/

Justin Berlin

Trademark Examining Attorney

Law Office 125

(571) 272-5544

justin.berlin@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

## GENERAL GUIDANCE

·   **Check the status of** your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

·   **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

·   **Beware of misleading notices sent by private companies about your application.**  Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**